

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

PROCEEDINGS BEFORE MAGISTRATE JUDGE _Dohnal_ DATE: _January 25, 2007_

CASE NO. _3:07MJ67_         INTERPRETER _____

Tape NO. _____

U.S. V. _Wayne Ottey_

Counsel for Government        _Michael C. Wallace, Sr._

Counsel for Defendant(s)      _W/O counsel_

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

WITNESSES: _____        BY _Deborah W. Thompson_
                                      DEPUTY CLERK

PROCEEDINGS:  INITIAL APPEARANCE _✓_    DETENTION HEARING _____

✓     ARREST DATE _January 25, 2007_
✓     Court summarized charges
___    Court advises of deft's Rule 5 rights
___    Financial Affidavit submitted for approval
___    CJA counsel to be appointed
___    Deft. to retain counsel
___    Govt's motion to detain deft. ____granted ____denied
___    Deft requests continuance to prepare for detention hearing
___    Govt. requests continuance to prepare for detention hearing
___    Detention hearing set for _____
___    Order of Temporary Detention pending hearing
___    Govt. adduced evidence, rested
___    Deft. adduced evidence, rested
___    Arguments heard

__✓__   Findings stated from the bench
_____   Order of Detention Pending Trial
_____   Court: Orders bond set at _____

_____ Residence/travel restricted to EDVA
_____ Pretrial Supervision
_____ No drugs, firearms, alcohol
_____ Maintain/seek employment
_____ Avoid contact with potential witnesses, victims, etc.
_____ substance abuse testing and treatment; pay costs
_____ Electronic monitoring; pay costs
_____ 3rd party custodian
_____ Maintain contact with attorney
_____ Surrender passport _____ obtain no passport
_____ If deft pleads guilty or found guilty report to PO
_____ May report to AUSA as long as attorney is present
_____ Remain inside and may only leave with approval of Pretrial
_____ Additional conditions:

_____
_____
_____
_____

Deft acknowledged that he is "Wayne Otley." Deft. wished to have this matter resolved in the district of ~~offense~~. Offense. ~~Deft~~ Court ordered that deft be transported to Pennsylvania.

Case set: _____   Case called: _9:50_   Case ended: _10:00_ Total: _:10_