CLOSED

# U.S. District Court
# Eastern District of Virginia (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:07-mj-00067-DWD All Defendants
# Internal Use Only

Case title: USA v. Ottey                           Date Filed: 01/25/2007

Assigned to: Magistrate Judge Dennis W. Dohnal

**Defendant**

Wayne Ottey (1)

RECEIVED

JAN 0 ? 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSY...

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT

BY Deborah A. Thompson
DEPUTY CLERK

| **Complaints** | **Disposition** |
|---|---|
| Money laundering (18:1956-6701.F); Possession w/intent to distribute (21:841(a)(1) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Michael C. Wallace, Sr.**<br>Office of the U.S. Attorney<br>600 E Main St<br>Suite 1800<br>Richmond, VA 23219<br>(804) 819-5400<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/2007 | | Arrest of Wayne Ottey (dtho, ) (Entered: 01/25/2007) |
| 01/25/2007 | 1 | Minute Entry for proceedings held before Judge Dennis W. Dohnal :Initial Appearance as to Wayne Ottey held on 1/25/2007. Appearances: Michael C. Wallace, Sr., AUSA; Deft. w/o counsel; Court hours: :10.Matter came on for initial appearance on arrest out of the Western District of Pennsylvania. Deft. advised of charges/penalties and rights. Deft. acknowledged that he was "Wayne Ottey." Deft. wishes to have this matter resolved in the district of offense. Court ordered that the U.S. Marshal's Service transport Mr. Ottey to Pennsyvania.(FTR Gold.) (dtho, ) (Entered: 01/25/2007) |
| 01/25/2007 | 2 | WAIVER of Rule 5 Hearings by Wayne Ottey (dtho, ) (Entered: 01/25/2007) |
| 01/25/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Wayne Ottey. Defendant committed to District of Western District of Pennsylvania.. Signed by Judge Dennis W. Dohnal on 01/25/07. (dtho, ) (Entered: 01/25/2007) |
| 01/25/2007 | | (Court only) ***Set/Clear Flags as to Wayne Ottey (dtho, ) (Entered: 01/25/2007) |