# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## OFFICE OF THE CLERK
Lewis F. Powell, Jr. U.S. Courthouse Building
1000 East Main Street
Suite 305
Richmond, Virginia 23219

**FERNANDO GALINDO**
**ACTING CLERK OF COURT**

| Telephone: | Area Code 804 |
|---|---|
| Administrative | 916-2200 |
| Jury-Financial | 916-2212 |
| Criminal | 916-2230 |
| Civil | 916-2220 |
| Web site | www.vaed.uscourts.gov |

January 25, 2007

Robert V. Barth, Jr., Clerk
U. S. District Court
829 U.S. Courthouse
7th and Grant Street
Pittsburgh, PA 15219

RECEIVED

JAN - - 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSY...

RE:   U. S. v. Wayne Ottey
Your Case No. 00-186
<u>Criminal No. 3:07mj67</u>

Dear Sir:

Enclosed please find certified copies of Rule 5.1 documents in the above-referenced case. Also included are docket entries for this matter.

Sincerely,

FERNANDO GALINDO, ACTING CLERK

By: *Deborah H. Thompson* (signature)

Deborah H. Thompson