IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-186 |
| | ) | |
| WAYNE OTTEY | ) | |

**FILED**

JAN 3 1 / 7

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## MOTION TO UNSEAL INDICTMENT AND ARREST WARRANT
## AS TO DEFENDANT WAYNE OTTEY ONLY

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Stephen R. Kaufman, Assistant United States Attorney for said District and, pursuant to Rules 6(e)(4) and 6(e)(6) of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order partially unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment as to defendant WAYNE OTTEY. In further support of this Motion, the United States avers as follows:

1. On October 10, 2000, an Indictment was returned by the Grand Jury charging the above-named defendant and a second defendant with violating Title 18, United States Code, Sections 2, 1956(a)(1)(B)(I), and 1956(h) and Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(iii), and 846. Arrest Warrants were issued pursuant to said Indictment.

2. On October 10, 2000, this Court issued an Order sealing the aforesaid Indictment and Arrest Warrants, together with the Motion to Seal, until further Order of Court.

3.   On January 23, 2007, the defendant WAYNE OTTEY was apprehended and taken into custody.  The second defendant remains a fugitive.

4.   Based upon the foregoing, the United States believes and therefore avers that it is in the interest of justice that the Indictment returned in this case and Arrest Warrant now be unsealed as to defendant WAYNE OTTEY only.

WHEREFORE, the United States of America respectfully requests that this Court issue an Order unsealing the Indictment returned in this case and the Arrest Warrant issued pursuant to the Indictment as to defendant WAYNE OTTEY only.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

By: _____
STEPHEN R. KAUFMAN
Assistant U.S. Attorney
PA ID No. 42108