IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 00-186 |
| | ) |
| WAYNE OTTEY | ) |

O R D E R

AND NOW, to wit, this 31st day of January, 2007, upon consideration of the Motion to Unseal Indictment and Arrest Warrant as to Defendant Wayne Ottey Only, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment returned in this case and the Arrest Warrant issued pursuant to said Indictment are hereby UNSEALED as to defendant WAYNE OTTEY only.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

**FILED**

JAN 3 1 2007

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA