# RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | |
|---|---|---|
| vs | DATE OF COMPLAINT | |
| WAYNE OTTEY | CRIMINAL DOCKET NUMBER | CR 00 - 186 |
| | DATE OF INDICTMENT | 10/10/2000 |
| | STATUTE: | 21 USC Section 846 |
| DATE ARRESTED: | | 18 USC Section 1956 |

## INITIAL APPEARANCE

| Before Magistrate | [X] LENIHAN<br>[ ] MITCHELL<br>[ ] HAY | [ ] CAIAZZA<br>[ ] BAXTER<br>[ ] PESTO | Date: January 31, 2007<br>Time: 1:42 - 2:00 | Cassette Tape #<br>Tape Index: |

U.S. ATTORNEY   Gregory Nescott

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   [X] Read   [X] Summarized   [ ] Reading waived
   [X] Defendant provided with a copy of the charges
   [ ] Defendant to be provided with a copy of the charges as soon as possible

   **FILED**
   JAN 31 2007
   CLERK, U.S. DISTRICT COURT
   WEST. DIST. OF PENNSYLVANIA

3. ACT & PENALTIES
   [X] Read   [X] Summarized   [ ] Reading waived

4. COUNSEL
   [ ] Defendant requested appointment   [ ] Defendant waived appointment
   [ ] Defendant represented by:
   [X] Defendant expects to retain: Alan Serven
   [ ] Affidavit executed
   [ ] Not Qualified   [ ] Qualified   [ ] with possible requirement for partial or full payment
   [ ] Federal Public Defender appointed
   [ ] CJA Panel Attorney _____ appointed

5. BAIL
   Recommended Bond: _____
   Bond Set at:
   [ ] By Consent   [ ] Additional Conditions Imposed:
   [ ] By Magistrate
   [ ] Bond Posted
   [X] Temporary Commitment issued   [ ] Final Commitment issued
   Bond Review Hearing Set For: _____
   Detention Hearing Set For: 2/2/07 @ 11:00 AM

6. PRELIMINARY EXAMINATION/RULE 10 HEARING/ARRAIGNMENT
   Preliminary Exam/Rule 10/Arraignment set for: 2/2/07 @ 11AM   Before Magistrate LISA PUPO LENIHAN

ADDITIONAL COMMENTS: Oral Motion for Detention Made. The Court will grant the motion.