IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WAYNE OTTEY, | )   Criminal No. 00-186 |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

    Kindly enter my appearance in this case on behalf of Wayne Ottey as local counsel only. Alan Soven, Esquire will be entering his appearance as trial counsel shortly.

Respectfully submitted,

   s/ Martin A. Dietz     .
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

36th Floor, Grant Building
Pittsburgh, PA 15219
(412) 261-5520

Local Counsel for Defendant,
Wayne Ottey

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Entry of Appearance has been served via electronic filing this 1st day of February, 2007, upon all counsel of record.

      /s Martin A. Dietz      .
Martin A. Dietz, Esquire