IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WAYNE OTTEY, | )   Criminal No. 00-186 |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE ARRAIGNMENT AND DETENTION HEARING

AND NOW comes Defendant, Wayne Ottey, by and through his local counsel, Martin A. Dietz, Esquire, and respectfully moves this Court to continue the Arraignment and Detention Hearing in this case upon the following basis:

1. Defendant, Wayne Ottey ("Mr. Jones"), was arrested in this case on January 25, 2007.

2. Mr. Ottey is scheduled to be arraigned and a detention hearing is to occur on February 2, 2007 at 11:00 a.m.

3. Undersigned counsel entered his appearance today to serve in the capacity of local counsel to file the within motion on behalf of Alan R. Soven, Esquire.

4. Mr. Ottey's family has retained Alan R. Soven, Esquire, an attorney with offices in Miami, Florida to represent him in the instant indictment.

5. Alan R. Soven, Esquire, has numerous Court conflicts including a doctor's appointment which makes it impossible to make travel arrangements, meet with Mr. Ottey (who he has not yet to met) and prepare for the detention hearing before this Friday.

6. The parties would like to have this hearing scheduled for next Friday, February 9, 2007 at 10:00 a.m.

7. Assistant United States Attorney Greg Nescott has been contacted concerning this motion and does not object to the Court granting the relief requested herein.

WHEREFORE, Defendant, Wayne Ottey, respectfully requests that the Arraignment and Detention Hearing in this case be continued.

Respectfully submitted,

   s/ Martin A. Dietz             .
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

36th Floor, Grant Building
Pittsburgh, PA 15219
(412) 261-5520

Attorney for Defendant,
Wayne Ottey

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Motion to Continue Arriagnment and Detention Hearing has been served via electronic filing this 1st day of February, 2007, upon all counsel of record.

    /s Martin A. Dietz       .
Martin A. Dietz, Esquire