IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE OTTEY, | ) | Criminal No. 00-186 |
| | ) | |
| Defendant. | ) | |

ORDER OF COURT

AND NOW, this _____ day of _____, 2007, upon consideration of the Motion to Continue Arraignment and Detention Hearing filed by Defendant, Wayne Ottey, IT IS ORDERED that said Motion is GRANTED and the Arraignment of Defendant, Wayne Ottey, shall occur on _____.

IT IS FURTHER ORDERED that the period from February 2, 2007 through _____ be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et. seq.  For reasons set forth in Defendants' Motion, the Court finds this delay is a reasonable time necessary for effective preparation on the part of the Defendant's counsel, taking into account the exercise of due diligence, and is necessary to insure the Defendant's continuity of counsel, 18 U.S.C. §3161(h)(B)(iv).  Therefore, the Court concludes that the ends of justice served by granting this extension outweigh the best interests of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(8)(A).

_____

cc: All Counsel of Record