IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　v. )<br>WAYNE OTTEY ) | Criminal No. 00-186<br>**(UNDER SEAL)** |

ARRAIGNMENT PLEA

Defendant WAYNE OTTEY being arraigned, pleads **NOT GUILTY** in open Court this **9th** day of **February**, 20**07**.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)