IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 00-186 |
| v. | ) Judge Terrance F. McVerry |
| | ) Magistrate Judge Lisa Pupo |
| WAYNE OTTEY | ) Lenihan |

**MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT**

Defense Counsel: MARTIN DIETZ          AUSA: Gregory Nescott

1. Date of arraignment: 2/9/2007

2. Defendant is:   ___ incarcerated.
                   ___ on bond.

3. Defendant entered a plea of  not guilty .

4. The parties were advised that all pretrial motions must be filed within ten (10) days.

5. A Rule 16 conference:   _X_ has been held
                           ___ has not been held.

6. Discovery is ___ completed   _X_ not completed.

7. Defendant has requested to be tried by: _X_ Jury
                                           ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for ___.
   _X_ has not been scheduled for trial.
   ___ has not been scheduled for trial, but will be notified.

9. Estimated trial length: 3 weeks .

10. Defendant _X_ has been processed by US Marshal.
              ___ has not been processed by US Marshal, but has been advised to be processed.

                                   Lisa Pupo Lenihan
                                   U. S. Magistrate Judge

cc: Judge McVerry