# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
        Plaintiff )
)
vs. ) No. CR 00-186
)
WAYNE OTTEY )
        Defendant )

HEARING ON __DETENTION__

Before Magistrate Judge __Lisa Pupo Lenihan__

__Gregory Nescott__      __MARTIN DIETZ__
Appear for Pl~~aintiff~~ GOVT     Appear for Defendant

Hearing begun __2/9/07 @ 11:00 AM__     Hearing adjourned to _____

Hearing concluded C.A.V. _____     Stenographer __SHIRLEY HALL__
                                                                      CD: 1  Index: 1

Agent Kevin O'Donnell sworn and testifies. Winsome Cousely is sworn and testifies. Argument made by counsel.