IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 00-186 |
| ) | |
| WAYNE OTTEY              ) | |

<u>RECEIPT FOR LOCAL CRIMINAL RULE 16.1 MATERIAL</u>

The following materials are provided to you pursuant to Local Criminal Rule 16.1 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

    None

2. Grand Jury testimony of the defendant. Specify:

    None

3. Defendant's prior criminal record attached.

    __X__ Yes        _____ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

    Pennsylvania State Police Lab Report, dated 03/17/1997

6.   Evidence favorable to the defendant.   Specify:

   None

                                   _____
                                        Counsel for Defendant

                                   _____
                                        Date   2/9/07

Original to Magistrate
Copy for Defendant and USA