IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED ~~UNITED~~ STATES OF AMERICA, )
)
v. )
)
WAYNE OTTEY, ) Criminal No. 00-186
) UNDER SEAL
Defendant. ) Electronically Filed

## MOTION FOR EXTENSION OF TIME FOR WHICH TO FILE PRETRIAL MOTIONS

AND NOW comes Defendant, Wayne Ottey, by and through his attorney, Martin A. Dietz, Esquire, and respectfully moves this Court for an extension of time for which to file pretrial motions upon the following basis:

1. Defendant, Wayne Ottey, is named in an Indictment charging him with, among other things, federal drug crimes.

2. Defendant, Wayne Ottey, was arraigned on February 9, 2007.

3. Pre-trial motions filed on behalf of Defendant, Wayne Ottey, were due to be filed on or before February 19, 2007.

4. The Local Rule 16.1 materials have been provided to counsel as of this date, counsel for the United States has also indicated that he will be producing additional discovery materials as well. Undersigned counsel requests additional time to review the discovery materials that will be produced. Undersigned counsel believes that this evidence must be thoroughly

reviewed prior to the filing of pre-trial motions.

5. Undersigned counsel estimates that forty-five (45) days additional time for the filing of pre-trial motions should be sufficient.

6. Counsel for the United States of America, Assistant United States Attorney Gregory Nescott, has been contacted regarding the filing of this motion and does not object to the granting of the requested extension of time for which to file pretrial motions.

WHEREFORE, Defendant, Wayne Ottey, respectfully requests the Court to grant him until April 5, 2007 within which to file pretrial motions.

Respectfully submitted,

s/ Martin A. Dietz
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

36th Floor, Grant Building
Pittsburgh, PA 15219
(412) 261-5520

Local Counsel for Defendant,
Wayne Ottey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within motion has been served via electronic filing this 26th day of February, 2007, upon all counsel of record.

/s/ Martin A. Dietz
Martin A. Dietz, Esquire