IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 00 - 186 |
| v. | ) | |
| | ) | |
| WAYNE OTTEY, | ) | |

**SCHEDULING CONFERENCE**
Before Magistrate Judge Lisa Pupo Lenihan

None                                              Martin Dietz

Attorney(s) for Plaintiff                    Attorney(s) for Defendant

Date: February 23, 2007, at 3:00 pm
Stenographer: None
Clerk: Michael Navas

The Defendant is advised that the requirements for his release have been met. Bond papers signed. Order setting conditions of reviewed. Deft agrees to conditions. Order executed. Deft to report to U.S. Pretrial Services no later than Feb 26, 2006 at noon.

FILED
FEB 23 2007
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA