IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE OTTEY, | ) | Criminal No. 00-186 |
| | ) | |
| Defendant. | ) | Electronically Filed |

ORDER OF COURT

AND NOW, this 5th day of March, 2007, upon consideration of the Motion For Extension of Time for Which to File Pretrial Motions filed by Defendant, Wayne Ottey, and IT IS ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Defendant, Wayne Ottey, shall file pre-trial motions in this case on or before April 5, 2007.

IT IS FURTHER ORDERED that the period from February 19, 2007 through April 5, 2007, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et. seq. For reasons set forth in Defendants' Motion, the Court finds this delay is a reasonable time necessary for effective preparation on the part of the Defendant's counsel, taking into account the exercise of due diligence, and is necessary to insure the Defendant's continuity of counsel. 18 U.S.C. §3161(h)(B)(iv). Therefore, the Court concludes that the ends of justice served by granting this extension outweigh the best interests of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. §3161(h)(8)(A).

s/ Terrence F. McVerry

UNITED STATES DISTRICT JUDGE