IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 00-186 |
| WAYNE OTTEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2.1 (D) of this Court, Martin A. Dietz, Esquire, a member in good standing of the bar of this Court, respectfully moves the admission of Alan R. Soven, Esquire to appear *pro hac vice* in the captioned proceeding as counsel for the Defendant, Wayne Ottey.

Movant and the proposed admittee respectfully certify as follows:

1. Mr. Soven is a member in good standing of the bar of the State of Florida.

2. Mr. Soven is admitted to practice in the State and Federal Courts in the State of Florida, the United States Court of Appeals for the Fifth, Eleventh and Federal Circuit. He is presently admitted *pro hac vice* in the United States District Court for the District of Columbia in two complex drug conspiracy cases.

3. Mr. Soven has not been admitted *pro hac vice* in this Court during the twelve (12) months preceding the filing of this Motion.

4. Mr. Soven has never been disbarred or denied admission to practice. There are no disciplinary proceedings against Mr. Soven as a member in any jurisdiction.

5. Mr. Soven is familiar with the Federal Rules of Criminal Procedure, the Local Rules of the United States District Court for the Western District of Pennsylvania,

the Federal Rules of Evidence, and the Rules of Professional Conduct and understands that he shall be subjected to the disciplinary jurisdiction of this Court.

6. Local counsel for the proposed admittee in this proceeding will be the undersigned, a member of this Court.

7. It is understood that the admission *pro hac vice* does not constitute a formal admission to the bar of this Court.

WHEREFORE, the Movant respectfully requests that this Court enter an Order authorizing the admission *pro hac vice* of Alan R. Soven, Esquire.

Respectfully submitted,

Movant:
/s Martin Dietz
Pa. ID No.: 69182
3600 Grant Building
Pittsburgh, PA 15209
Tel:  412-261-5520
Fax:  412-281-4059
MDietzEsq@aol.com

Proposed Admittee:
/s Alan R. Soven
Florida Bar Number 259421
**Law Offices of Alan R. Soven**
777 Brickell Avenue, Suite 1210
Miami, Florida 33131
Telephone: (305) 373-4400
Facsimile: (305) 381-7135
soven@bellsouth.net

## CERTIFICATE OF SERVICE

The foregoing motion has been served on all counsel of record via U.S. Mail.

s/ Martin A. Dietz