IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNTIED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| WAYNE OTTEY, | )   Criminal No. 00-186 |
| | ) |
| Defendant. | ) |

ORDER OF COURT

     AND NOW, this _____ day of _____, 2007, upon consideration of the Motion For Admission Pro Hac Vice, IT IS ORDERED that said Motion is GRANTED.

     IT IS FURTHER ORDERED THAT _____

_____.

_____

cc: All Counsel of Record