```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
         PITTSBURGH Division
                                    ET
        # 07003337 - ET
          March 26, 2007


   Code    Case #     Qty      Amount

   FPD 40C 00-186cr    1 @    40.00
                              40.00 CH


   TOTAL→                     40.00



  FROM: MARTIN DIETZ
        338 GRANT ST.
        SUITE 3600
        PITTSBURGH, PA 15219
```