IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE OTTEY, | ) | Criminal No. 00-186 |
| | ) | |
| Defendant. | ) | Electronically Filed |

SECOND MOTION FOR EXTENSION OF TIME FOR WHICH TO FILE
PRETRIAL MOTIONS

AND NOW comes Defendant, Wayne Ottey, by and through his attorney, Martin A. Dietz, Esquire, and respectfully moves this Court for an extension of time for which to file pretrial motions upon the following basis:

1. Defendant, Wayne Ottey, is named in an Indictment charging him with, among other things, federal drug crimes.

2. Defendant, Wayne Ottey, was arraigned on February 9, 2007.

3. Undersigned counsel has previously filed a motion for an extension of time to file pretrial motions. Pre-trial motions filed on behalf of Defendant, Wayne Ottey, are currently due to be filed on or before April 5, 2007.

4. Undersigned counsel was retained to serve a local counsel in this case. Attorney Alan Soven, a member of the Florida bar, is seeking admission pro hac vice on behalf Mr. Ottey. Mr. Soven, if admitted, will be primary counsel for Mr. Ottey. Mr. Ottey requests a brief

extension of 30 days for the filing of pretrial motions to allow Mr. Soven to become counsel of record so Mr. Soven can prepare and file pretrial motions on Mr. Ottey's behalf.

5. Undersigned counsel estimates that thirty (30) days additional time for the filing of pre-trial motions should be sufficient.

6. Counsel for the United States of America, Assistant United States Attorney Gregory Nescott, has been contacted regarding the filing of this motion and does not object to the granting of the requested extension of time for which to file pretrial motions.

WHEREFORE, Defendant, Wayne Ottey, respectfully requests the Court to grant him until May 5, 2007 within which to file pretrial motions.

Respectfully submitted,

s/ Martin A. Dietz
Martin A. Dietz, Esquire
Pa. I.D. No. 69182

36th Floor, Grant Building
Pittsburgh, PA 15219
(412) 261-5520

Local Counsel for Defendant,
Wayne Ottey