# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

WAYNE OTTEY

### WARRANT FOR ARREST

Case Number: CR 00-186
[UNDER SEAL]

To: The U.S. Marshal and
any Authorized U.S. Officer

YOU ARE HEREBY COMMANDED to arrest **WAYNE OTTEY**

and bring him / her forthwith to the nearest magistrate to answer a(an)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation

charging him or her with (brief description of offense)

Conspiracy to distribute and possess with intent to distribute cocaine and cocaine base.
Conspiracy to launder monetary instruments.

Timothy Tarby
Name of Issuing Officer

DOCKET CLERK
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Oct. 10, 2000, Pittsburgh, PA
Date and Location

Bail Fixed at $_____ by _____

## RETURN

This warrant was received and executed with the arrest of the above named defendant at Richmond City Jail

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 1/25/07 | Kevin [illegible] DUSM | [signature] |

** TOTAL PAGE.02 **