IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WAYNE OTTEY, | ) | Criminal No. 00-186 |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME
TO FILE PRETRIAL MOTIONS**

The Defendant, Wayne Ottey, by and through his undersigned counsel, respectfully moves this Court for an extension of time to file pretrial motions. In support thereof:

1. The Defendant, Wayne Ottey, is named in an Indictment charging him with, among other things, a federal drug conspiracy beginning in 1999.

2. Pretrial motions to be filed on behalf of Defendant, Wayne Ottey, are currently due to be filed on or before May 7, 2007.

3. In the last two weeks, Defendant's counsel has been out of the office on personal matters relating to the death of two of his closest friends. He just returned from New York on Wednesday, May 9, 2007. Defendant's counsel is now two weeks behind in all his work.

4. Undersigned counsel estimates that thirty (30) days additional time for the filing of pretrial motions should be sufficient.

5.  Counsel for the United States of America, Assistant United State's Attorney Gregory Nescott, has been contacted regarding the filing of this motion and does not object to the granting of the requested extension of time to file pretrial motions.

WHEREFORE, the Defendant, Wayne Ottey, respectfully requests this Court to grant him until June 10, 2007 within which to file pretrial motions.

/s Alan R. Soven
Alan R. Soven (Florida Bar Number 259424)
soven@bellsouth.net
**Law Offices of Alan R. Soven**
777 Brickell Avenue, Suite 1210
Miami, Florida 33131
Telephone: (305) 373-4400
Facsimile: (305) 381-7135
Attorneys for Defendant Wayne Ottey

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within motion has been served this 11th day of May, 2007 upon AUSA Gregory Nescott, Suite 4000, United States Post Office and Courthouse, Pittsburgh, PA 15222

s/ Alan R. Soven
Alan R. Soven
