UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Case Number: 00-186-CR-McVerry

UNITED STATES OF AMERICA

   *Plaintiff,*

v.

WAYNE OTTEY,

   *Defendant.*

_____/

### DEFENDANT'S REQUEST FOR EXPERT DISCOVERY

The Defendant, WAYNE OTTEY, by and through his undersigned counsel, pursuant to Rule 16 (G) of the Federal Rules of Criminal Procedure, moves the government to give a written summary of any testimony the government intends to sue under Rule 703, 704 or 705 of the Federal Rules of Evidence during its case at trial. The Defendant also requests a summary of the witnesses' opinions, the basis and reasoning for those opinions and the witnesses' qualifications. The government has advised it has no objection.

/s Alan R. Soven
Alan R. Soven (Florida Bar Number 259421)
soven@bellsouth.net
**Law Offices of Alan R. Soven**
777 Brickell Avenue
Suite 1210
Miami, Florida 33131
Telephone: (305) 373-4400
Facsimile:  (305) 381-7135
Attorneys for Defendant Wayne Ottey

## Certificate of Service

      I hereby certify that on June 11, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alan R. Soven
Alan R. Soven

## SERVICE LIST

United States of America v. Wayne Ottey
Case No.: 00-186-CR-McVerry
United States District Court, Western District of Pennsylvania

Greg Nescott, AUSA
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Attorney for Plaintiff, United States of America
Via Email