**Lloyds TSB**



Mr W G Ottey
58 Clipston Road
Birmingham
West Midlands
B8 3HJ

50131

Lines open 8am-8pm Monday-Friday.
9am-1pm on Saturdays.

August 2002

## Your new telephone service

Dear Mr Ottey

This is to let you know that from 7th September our new Contact Centre will answer all calls that are normally answered by your current telephone service centre. This will enable us to answer your queries more promptly and will mean that staff in our branches will continue to have more time to spend with you when you visit them.

You can speak to your Contact Centre for anything you'd usually call your current telephone service for. Our staff there will have access to your account information and will be able to help you.

As the Contact Centre will be open for longer, this will give you more access to your account.

**Your new telephone number**
Your Contact Centre telephone number is 0845 072 3333. It's open between 8am-8pm Monday to Friday and from 9am-1pm Saturday and calls are charged at a local rate.

**Fast and secure access to your account(s)**
When you call, an automated greeting will ask if you have a membership number. If you say 'no', we'll transfer you to an agent who will need to check your identity by asking you questions about your account and recent transactions.

A quicker way to check your identity, if you call regularly, is to register you for a membership number and secret TIN (Telephone Identification Number). It only takes a couple of minutes, and once you're registered, we can use these to confirm your identity. We'll then transfer you straight to an agent who will have your details on screen and can help with your query right away. If you already have a membership number and TIN, there is no need to register for a new one.

To register for a membership number and TIN, call us free on 0800 072 8181.

I hope you'll find this new telephone service offers you a more convenient way to manage your banking at times that suit you.

Yours sincerely

*Phil Nunnerley*
Phil Nunnerley
Distribution Development and Service Delivery Director


EXHIBIT
A

MM/OSC/565877/06843982/19159611/19914

0845 072 3333

000016

Mr Wayne Ottey
58 Clipston Road
Alum Rock
Birmingham
B8 3HJ

npower, PO Box 8007, Birchfield House
Joseph Street, OLDBURY
B69 2AL
Website:            www.npower.com
Our Reference:      Exit
Telephone:          0800 316 3371

Customer Reference:  3446/43070/98

13 May 2002

Dear Customer

Stay with npower for great value electricity for your home.
Don't miss out on great value electricity from npower by moving to another supplier.
Thousands of customers are now coming back to us after realising that the price promises
made by other energy companies just didn't materialise. Don't let this happen to you!

Remember....
- npower gas is £59 a year CHEAPER than British Gas.#
- npower electricity prices have fallen by 48% in real terms over the last 10 years.##
- SAVE £40 A YEAR when you buy both gas and electricity from npower and pay by
  monthly Direct Debit.###
- With npower you can CHOOSE whether or not to pay a Standing Charge. You may benefit
  from our No Standing Charge tariff if you have a very high or very low consumption.

        Call FREE on 0800 316 3371 quoting Z0247
     (Monday to Friday 8.00am - 8.00pm and Saturday 8.00am - 6.00pm)

If you did not know you were transferring to another supplier or have cancelled your contract
with them, please contact us immediately. There is only a very short period of time when we
can try to stop your transfer. We can also give you a personalised quote so you can compare
our prices with other energy companies. We can make sure that you stay with npower and
continue to benefit from great value energy, both now and in the future.
We look forward to hearing from you.

Yours faithfully

*Nigel Howarth*
Nigel Howarth
Customer Service Manager

```
# Gas: Saving based on the difference between npower and British Gas bill
values including VAT, paying on receipt of bill and excluding prompt payment
discounts.  Annual consumption 22,500kWh.
## Electricity: Based on bill value(excl VAT) using npower standard single rate
tariff in the Midlands area with an annual consumption of 3,300kWh.
### Direct Debit: Saving based on the difference between the combined npower
electricity and gas bill value in the Midlands area when paid by monthly Direct
Debit, compared to payment on receipt of bill, including VAT.  Annual consumption
3,300kWh electricity and 22,500kWh gas.  Savings correct as at December 2001.
```

EXHIBIT
B

 **Birmingham City Council**
**Finance Department**
Revenues

NCTR0012691

50131 008

MR WAYNE OTTEY
58 CLIPSTON ROAD
BIRMINGHAM          B8 3HJ

Form ref. ELCT13/02.1
**COUNCIL TAX** Letter ref. CCFXN1
The following reference should be quoted in any communication:—

5022560191   E
Tel. no.     (0121) 303 9000
Textphone    (0121) 643 7676
Fax. no.     (0121) 464 0552

Date of Issue  08/04/02

Address of property giving rise to charge

58 CLIPSTON ROAD
BIRMINGHAM          B8 3HJ

Dear Sir/Madam,

### REMINDER NOTICE
INSTALMENT ARREARS  £ 162.71

Your Council Tax payment had not reached this office on the date this notice was issued.
The due date for the Council Tax payment is shown on your bill.
If you have not already made your payment then you must do so within 7 days of the issue of this notice.
If you have made your payment at a Bank, Building Society or Post Office, there will be a delay of a few days before the payment reaches your account. Please make sure that, for future payments, you allow enough time for payments to reach your account on, or before, the due date.

                                                    £
Charge for previous years              +162.71
Payments received                         0.00

Balance now remaining                   162.71

If the payment is not made within seven days, the Council may start legal proceedings. If this becomes necessary costs of £39.00 will be added to your bill on issue of a summons.

Please see overleaf for details of how and where to pay.

Yours faithfully,

*Sarah Wood*

Director of Finance

84243049/1158447/HOW

Cashier's Stamp

IMPORTANT: PLEASE READ THE ENCLOSED INFORMATION LEAFLET



## British Gas

MR W OTTEY
58 CLIPSTON RD
BIRMINGHAM
B8 3HJ
421

**Getting in touch**

Phone 0845 6091098
Mon-Fri 8 am-8 pm, Sat 8 am-6 pm

Fax 0113 254 4645

Write to ADMAIL AA 3119, Southampton
SO14 0NU

Visit us at www.house.co.uk
for all your home needs on-line

**Your customer reference**
100 315 799 0264

**We sent this letter on**
23rd February 2005

**For gas used at**
58 Clipston Rd, Birmingham, B8 3HJ

**What happens next**
If you do not pay or contact us immediately, we may be forced to take legal action against you.

**How to make your payment**
Please see overleaf for different ways to pay this outstanding amount.

Dear Mr Ottey

**Important notice**
**Amount overdue: £545.39**

We have still not received £545.39 for gas used at the address shown opposite. This is now overdue.

If you have paid this bill or spoken to us in the last few days to agree payment, there is no need to phone us to confirm this.

**What happens next**
If you do not pay or contact us immediately, we may be forced to take legal action against you. This could result in you incurring additional costs and finding it difficult to obtain credit in the future.

We will also record the failure to pay with a credit reference agency, which may affect future applications for credit. This information is shared by the majority of high street retailers, banks and building societies and used to assess individual credit rating.

**What you need to do**
You must pay the outstanding balance immediately. Please phone us on 0845 6091098* if you are having difficulty paying this bill.

Yours sincerely

Jim Needham
Director of Operations

*Your calls may be monitored and/or recorded for quality assurance.

EXHIBIT
D

**IB114**

# *Incapacity for work*



Office stamp
SOCIAL SECURITY OFFICE
...ham
...DJ
Tel: 0121 253 ............

| | |
|---|---|
| MR W G OTTEY | |
| 58 CLIPSTON ROAD | |
| ALUM ROCK | |
| BIRMINGHAM | |
| B8 3HJ | |

Our phone number is

Code **0121**   Number **253**   Ext **5599**

If you have textphone, you can call on

Code        Number

If you get in touch with us, tell us this reference number

**NM 02 77 19 C**

Date

**16 / 8 / 02**

## A final reminder about your medical certificate

Your last medical certificate ran out on **7 / 8 / 02**.
*Medical certificates* are also called sick notes or doctor's statements.
If you have recently sent us a medical certificate to cover you from the date shown above, please ignore this letter.

### What to do

**If you are not well enough to work**
Please see your doctor. You will need to send in a medical certificate to cover you from the date shown above before we can pay you any more benefit. Use the envelope we have sent you. It does not need a stamp.
If you cannot provide a medical certificate but you consider yourself unfit for work, please fill in **Your reply** at the back of this form and send it back to us. If you have an order book send this back to us with **Your reply**.
**Do not cash any more orders**. Use the envelope we have sent you. It does not need a stamp. We will consider **Your reply** and assess if you can continue to be treated as unfit for work.

**If you are well enough to work**
If you are well enough to work, or have already returned to work, or are now claiming Jobseeker's Allowance.
Please fill in **Your reply** at the back of this form and send it back to us. If you have an order book send this back to us with **Your reply**.
**Do not cash any more orders**. Use the envelope we have sent you. It does not need a stamp.

### Important
If we do not receive a medical certificate or a reply to this form by
**29 / 8 / 02** we will stop your benefit and you may have to attend a medical examination arranged by the Benefits Agency.

### More information
For more information about this form or about your claim in general, please get in touch with us. Our phone number and address are on the top of this form.

  benefits agency

*An Executive Agency of the Department of Social Security*



EXHIBIT
E

# Severn Trent Water

50131 009 /459

MR WAYNE OTTEY
58 CLIPSTON ROAD
BIRMINGHAM
B8 3HJ

4,459
GA10

Date
**7 November 2002**

Account enquiries call (at local call rate)
**0845 7 500 500**

G/A ☐   Misc ☐

Your account number
**2039 2893 8991**

You can call us 8.00 am to 8.00 pm Mondays to Fridays, and 8.00 am to 1.00 pm on Saturdays.

## Notice of court action - unpaid water service charges

Dear customer

I am instructed that the balance of your bill dated 1 October 2002 remains unpaid.
**Amount overdue £141.03**

If payment in full is not received within 14 days from the date of this letter, County Court action will be taken against you. This will result in court fees and solicitors' costs of at least £70.00 being claimed against you, increasing the amount to a minimum of £211.03.

**No further notice will be given,** but if you have a problem, please call our Customer Relations Department now on 0845 7 500 500.

If we obtain a County Court Judgment and payment is still withheld, **this may affect your ability to obtain credit in the future.**

Cheques should be made payable to Severn Trent Water Limited not K Barson.
If you have paid within the last seven days, please accept our thanks and ignore this letter.
Yours sincerely

*K Barson*
K Barson
Solicitor

**EXHIBIT F**

### Girobank Transcash
Girobank plc Bootle Merseyside GIR 0AA

| 138 208 32 | Account number 203928938991 |

### Severn Trent Water

Credit account number: 439 6162

Amount due
Standard fee payable at PO counter
£ 141.03
Cheque NOT acceptable at PO counter

30-00-00

Lloyds TSB Bank
Head Office, Collection A/c No
V4324396162

Signature
Date
MR WAYNE OTTEY
633150000020392893899120

### bank giro credit

By transfer from Alliance & Leicester Giro account number

Cash
Cheques & PO's
£

Cashier's stamp and initials

Please do not write or mark below this line or fold this counterfoil