```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-186 |
| | ) | |
| WAYNE OTTEY | ) | |

<u>ORDER</u>

_____AND NOW, to wit, this \_\_\_\_\_ day of July, 2007, upon consideration of the Government's Motion for an Extension of Time, IT IS HEREBY ORDERED that said Motion is granted, and that the government has an additional thirty (30) days, or until August 20, 2007, to file its response to the defendant's Motion to Dismiss indictment.  The Court finds that this extension is necessary to enable counsel for the government to adequately prepare, and therefore concludes that the ends of justice to be served by the granting of this extension outweigh the interest of the public and the defendant to a speedy trial.  The time from July 20, 2007 to August 20, 2007 is therefore excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).


_____
United States District Judge