# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF PENNSYLVANIA

Case Number: 00-186-CR

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

WAYNE OTTEY,

    *Defendant*.

_____/

**DEFENDANT'S RESPONSE TO**
**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

    The Defendant, Wayne Ottey, by and through his undersigned counsel, has no objection to an extension of thirty (30) days.

                                            /s Alan R. Soven
                                            Alan R. Soven (Florida Bar Number 259421)
                                            soven@bellsouth.net
                                            **Law Offices of Alan R. Soven**
                                            777 Brickell Avenue
                                            Suite 1210
                                            Miami, Florida 33131
                                            Telephone: (305) 373-4400
                                            Facsimile:  (305) 381-7135
                                            Attorneys for Defendant Wayne Ottey

**Certificate of Service**

    I hereby certify that on July 20, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/ Alan R. Soven
                                            Alan R. Soven

<u>SERVICE LIST</u>

United States of America v. Wayne Ottey
Case No.: 00-186-cr
United States District Court, Western District of Pennsylvania

Greg Nescott, AUSA
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Attorney for Plaintiff, United States of America
Via Email