UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Case Number: 00-186-CR

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

WAYNE OTTEY,

    *Defendant*.
_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the undersigned is relocating its office to:

Alan R. Soven, P.A.
1571 NW 13th Court
Miami, Florida 33125
Tel No.: 305-326-0330
Fax No.: 305-326-0219

The above change is effective as of August 1, 2007.  Please change your records accordingly.

    **/s Alan R. Soven**
    Alan R. Soven (Florida Bar Number 259421)
    soven@bellsouth.net
    **Law Offices of Alan R. Soven**
    1571 NW 13th Court
    Miami, Florida 33125
    Telephone: (305) 326-0330
    Facsimile:  (305) 326-0219
    Attorneys for Defendant Wayne Ottey

### Certificate of Service

I hereby certify that on July 25, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic

Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Alan R. Soven
                                                Alan R. Soven

## SERVICE LIST

United States of America v. Wayne Ottey
Case No.: 00-186-cr
United States District Court, Western District of Pennsylvania

Greg Nescott, AUSA
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Attorney for Plaintiff, United States of America
Via Email