UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

Case Number: 00-186-CR

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

WAYNE OTTEY,

    *Defendant*.

_____/

### MOTION TO RETURN COLLATERAL AND PASSPORT

The Defendant, Wayne Ottey, by and through his undersigned counsel, moves this Court for an Order Returning his Collateral and Passport and would state as follows:

1. As a condition of his pretrial release, Wayne Ottey was required to post property in the name of his cousin Lina Cousley at 6998 Cloverhill Road, Baltimore, Maryland. Mr. Ottey also placed his Passport with the United States Probation Office.

2. Although the case against Mr. Ottey has been dismissed by Order of the Court, he has had difficulty in retrieving his passport and getting the lien on the Maryland property released.

3. The Defendant moves this Court for an Order directing the Clerk and/or the United States Department of Probation to release the lien on the subject property and return his passport to him.

/s Alan R. Soven
Alan R. Soven (Florida Bar Number 259421)
soven@bellsouth.net
**Law Offices of Alan R. Soven**
1571 NW 13th Court
Miami, Florida 33125
Telephone: (305) 326-0330
Facsimile:  (305) 326-0219
Attorneys for Defendant Wayne Ottey

**Certificate of Service**

I hereby certify that on November 21, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Alan R. Soven
Alan R. Soven

SERVICE LIST

United States of America v. Wayne Ottey
Case No.: 00-186-cr
United States District Court, Western District of Pennsylvania

Greg Nescott, AUSA
United States Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Attorney for Plaintiff, United States of America
Via Email