IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 00-186 |
| | ) | |
| WAYNE OTTEY | ) | |

**GOVERNMENT'S RESPONSE TO MOTION**
**TO RETURN COLLATERAL AND PASSPORT**

AND NOW comes the United States of America, by its attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Gregory J. Nescott, Assistant United States Attorney for said District, and respectfully represents the following.

The defendant, Wayne Ottey, has requested the return of collateral (property) posted to secure his pretrial release in the above-captioned case, and the return of his passport, which was surrendered to pretrial services of U.S. Probation as a condition of his bond.

The case against the defendant was dismissed by this Court. There is therefore no reason why his passport should not be returned to him, or why the lien on the Maryland property should not be released.

The government therefore does not oppose the issuance of an Order directing the Clerk of Court and U.S. Probation to comply with these requests.

    Respectfully submitted

    MARY BETH BUCHANAN
    United States Attorney

s/ <u>Gregory J. Nescott</u>
    GREGORY J. NESCOTT
    Assistant U.S. Attorney
    PA 27331
    U.S. Attorney's Office
    U.S. Post Office & Courthouse
    700 Grant Street, Suite 400
    Pittsburgh, PA 15219
    Office: 412-644-3500
    Fax: 412-644-2645
    gregory.nescott@usdoj.gov