IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         ) | |
|                    **Plaintiff,**         ) | |
|                                           )   **2:00-cr-186** | |
|     **v.**                                ) | |
|                                           ) | |
| **WAYNE OTTEY,**                          ) | |
|                    **Defendant.**         ) | |

### ORDER OF COURT

AND NOW, this 7th day of December, 2007, upon consideration of Defendant's MOTION TO RETURN COLLATERAL AND PASSPORT (Document No. 42) and the GOVERNMENT'S RESPONSE TO MOTION TO RETURN COLLATERAL AND PASSPORT (Document No. 43), and with this action against Defendant having been dismissed, said Motion is **GRANTED**, and it is hereby **ORDERED, ADJUDGED and DECREED** that:

1) Pretrial Services of the United States Probation Office shall return Mr. Ottey's passport to him, and,

2) The lien on the real estate in the name of Lina Cousley at 6998 Cloverhill Road, Baltimore, Maryland, posted as security on Defendant's bond shall be released, satisfied and/or discharged.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc: Gregory J. Nescott, AUSA
Email: gregory.nescott@usdoj.gov

Martin A. Dietz, Esquire
Email: MdietzEsq@aol.com
Alan R. Soven, Esquire
Email: soven@bellsouth.net

Pretrial Services

Robert Barth
District Court Clerk